475 A.2d 141

In re Daniel Stephen BARWICK, III.

Appeal of Daniel Stephen BARWICK, II and
Melody Hildenbrandt.

Superior Court of Pennsylvania.

Argued Feb. 23, 1984.

Filed April 19, 1984.

Reargument Denied June 5, 1984.

Petition for Allowance of Appeal Denied Oct. 2, 1984.

David A. Scholl, Bethlehem, for appellants.

Louis S. Minotti, Jr., Easton, for Lamar Hildenbrandt, etc., participating parties.

Anthony P. Daniel, Easton, for Deremer, participating parties.

Jack A. Panella, Easton, for Children, participating party.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

## OPINION

PER CURIAM:

On August 12, 1983, the lower court entered a temporary order directing the Children and Youth Division of Northampton County to maintain the placement of the child, Daniel Stephen Barwick, III, with his maternal grandfather.[1] The court further ordered that a review hearing be

[1]. The lower court's order refers to Lamarr Hildenbrandt as the child's *paternal* grandfather; however, it is clear that he is the child's *maternal* grandfather.

held in six months. We affirm the order of the lower court and direct the court to immediately schedule a review hearing to decide the future custody of the dependent child.

Order affirmed.